# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| LEONARD C. RHODES (#128585) | : | CIVIL ACTION |
| --- | --- | --- |
| | : | NO. 11-370-BAJ-SCR |
| VERSUS | | |
| | : | JUDGE JACKSON |
| LT. F. JACKSON, ET AL. | : | MAGISTRATE JUDGE RIEDLINGER |

## ORDER STAYING DISCOVERY

Considering the Motion to Stay Discovery filed August 4, 2011, record document number 14;

IT IS ORDERED that the motion is granted. *Schultea v. Wood*, 47 F.3d 1427 (5th Cir. 1995). All discovery in the above-entitled case is stayed until the court rules on the defendants' Motion for Partial Summary Judgment, or until further order of the court.

Baton Rouge, Louisiana, August 10, 2011.

_____
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE