UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LEONARD C. RHODES (128585)

VERSUS

LT. F. JACKSON, ET AL

CIVIL ACTION

NO. 11-370-BAJ-SCR

## RULING

The Court, having carefully considered the motions for partial summary judgment, the motion to dismiss, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated February 29, 2012 (doc. 56), and plaintiff's objection thereto (doc. 57), hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the motion for partial summary judgment filed by defendants Howard Prince, Frederick Boutte, Freddie Jackson, James Dulaney, and Clay Williams (doc. 13), the motion for partial summary judgment filed by defendant Dr. Matthew Gamble (doc. 31) and the motion to dismiss filed by Lt. Jason Russ (doc. 55) are **GRANTED**.

Judgment shall issue separately.

Baton Rouge, Louisiana, March 28, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA